No. 192. BURNET, COMMISSIONER OF INTERNAL REVENUE, *v.* ALUMINUM GOODS MANUFACTURING CO. October

584

10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key,* and *Wm. Cutler Thompson* for petitioner. *Messrs. Edwin S. Mack, J. Gilbert Hardgrove, Arthur W. Fairchild, Paul F. Myers,* and *Frederic Sammond* for respondent.